# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 25, 2016

## NO. 03-16-00622-CV

**Darrell J. Harper, Appellant**

**v.**

**The State Bar of Texas, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
DISMISSED -- OPINION BY JUSTICE GOODWIN**

Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal. No costs of appeal shall be assessed in this Court or in the court below.